ment denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN HETHERINGTON, Surrogate of the County of Queens, to Compel FRANK J. TAYLOR, as Comptroller of the City of New York, and Others, to Perform a Duty Specifically Enjoined by Law.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 859.] Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of LA BOUCHERE REALTY CORPORATION against HARRIS H. MURDOCK and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 254 App. Div. 855.] Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH KUPPERMAN v. MURRAY SIMONS and Others, and ROYAL INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a stay and other relief denied, with ten dollars costs, and stay vacated. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

## (July 7, 1938.)

AMELIA MAJOR MONA v. EMIL RINN, Individually and as Administrator, etc., of August RINN, and EMIGRANT INDUSTRIAL SAVINGS BANK and MERI RINN.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal of the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others. In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others. In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others. In the Matter of the Liquidation of NATIONAL SURETY COMPANY. IRENE MILINKOVITCH, a Creditor, v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Dore, Cohn and Callahan, JJ.

SUPERIOR ZINC CORPORATION v. ERNIE ADAMSON.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.